**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| STEPPING STONES EARLY ) <br> LEARNING CENTER, INC. ) <br> ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> NATIONWIDE MUTUAL FIRE ) <br> INSURANCE COMPANY ) <br> ) <br>     Defendant ) <br> _____ ) | Case No. 2:22-cv-00255-LEW |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and Local Rule 41.1(a), the parties agree and stipulate that all claims asserted by the Plaintiff, Stepping Stones Early Learning Center, Inc., in this matter are dismissed with prejudice and without costs, interest, or attorney's fees.

DATED: March 13, 2023

/s/ Braden M. Clement
Braden M. Clement, Esq., Bar No. 5290
Attorney for Plaintiff,
  Stepping Stones Early Learning Center, Inc.
Skelton, Taintor & Abbott
500 Canal Street
Lewiston, Maine 04096
Tel. (207) 784-3200
bclement@sta-law.com

DATED: March 13, 2023

/s/ John S. Whitman, Esq.
John S. Whitman, Esq.
Attorney for Defendant,
  Nationwide Mutual Fire Insurance Company
Richardson, Whitman, Large & Badger
465 Congress St.
PO Box 9545
Portland, ME 04112-9545
Tel. (207) 774-7474
jwhitman@rwlb.com

DATED:  March 13, 2023    /s/ Robert Laurie, Esq.
                                                   Robert Laurie, Esq. *(admitted as visiting attorney)*
                                                   Attorney for Defendant,
                                                     Nationwide Mutual Fire Insurance Company
                                                   Gfeller & Laurie
                                                   West Hartford Center
                                                   977 Farmington Avenue - Suite 200
                                                   West Hartford, CT 06107
                                                   Tel. (860) 760-8405
                                                   rlaurie@gllawgroup.com